IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FERRING PHARMACEUTICALS INC. and<br>FERRING INTERNATIONAL CENTER S.A.,<br><br>Plaintiffs,<br><br>v.<br><br>PAR PHARMACEUTICAL, INC.,<br><br>Defendant. | C.A. No. 15-173-RGA |

## [PROPOSED] ORDER

WHEREAS, Par Pharmaceutical, Inc. ("Par"), having moved to seal certain trial exhibits containing matters deemed confidential and highly confidential (the "Motion"), and good cause having been shown:

IT IS HEREBY ORDERED this 3rd day of February, 2017 that Par's Motion to Seal Exhibits JTX-006, JTX-008, JTX-009, JTX-010, JTX-014, JTX-015, PTX-0093, PTX-0199, PTX-0212, and PTX-0229 is **GRANTED**.

_____
The Honorable Richard G. Andrews
United States District Judge