IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FERRING PHARMACEUTICALS INC. and FERRING INTERNATIONAL CENTER S.A., <br><br> Plaintiffs, <br><br> v. <br><br> PAR PHARMACEUTICAL, INC., <br><br> Defendant. | C.A. No. 15-173-RGA |

### [PROPOSED] FINAL JUDGMENT AND INJUNCTION

WHEREAS, Plaintiffs Ferring Pharmaceuticals Inc. and Ferring International Center S.A. (together, "Ferring") sued Defendant Par Pharmaceutical, Inc. ("Par") in the above-captioned action (this "Action") alleging that the product that is the subject of Par's ANDA No. 205743 ("Par's ANDA product") and the process for making Par's ANDA product ("Par's ANDA process") infringe United States Patent No. 8,450,338 and United States Patent No. 8,481,083; and

WHEREAS, prior to trial, Par dismissed its invalidity counterclaims and invalidity defense with prejudice (D.I. 165);

WHEREAS, prior to trial, the parties agreed to certain admitted facts that required no proof at trial (D.I. 170-1; D.I. 173-1); and

WHEREAS, the Court held a bench trial on November 8 and 9, 2016 to determine if Par's ANDA product infringes claims 1, 4, 5, 6, and 7 of United States Patent No. 8,450,338 and claims 1, 7, 8, 9, 10, and 11 of United States Patent No. 8,481,083, and if Par's ANDA process infringes claims 8, 9, 10, 11, 12, 17, and 18 of United States Patent No. 8,459,338; and

WHEREAS, the Court, having heard the testimony of the parties' expert witnesses, having considered the evidence submitted at trial by the parties, and having reviewed the parties' post-trial briefs;

IT IS ORDERED AND ADJUDGED, for the reasons set forth in the Court's July 25, 2017 Amended Trial Opinion (D.I. 193) and the agreed upon stipulated facts (D.I. 170-1), that Final Judgment is entered in favor of Ferring and against Par that Par's submission to the FDA of ANDA No. 205743 to obtain approval for the commercial manufacture, use, offer for sale, sale in, or importation into the United States of Par's ANDA Product before the expiration of United States Patent No. 8,450,338 and United States Patent No. 8,481,083 was an act of infringement under 35 U.S.C. § 271(e)(2)(A);

IT IS ORDERED AND ADJUDGED, for the reasons set forth in the Court's July 25, 2017 Amended Trial Opinion (D.I. 193) and the agreed upon stipulated facts (D.I. 170-1), that Final Judgment is entered in favor of Ferring and against Par that Par's ANDA product meets all limitations of claims 1, 4, 5, 6, and 7 of United States Patent No. 8,450,338 and claims 1, 7, 8, 9, 10, and 11 of United States Patent No. 8,481,083 and thus will infringe those claims under 35 U.S.C. § 271;

IT IS ORDERED AND ADJUDGED, for the reasons set forth in the Court's July 25, 2017 Amended Trial Opinion (D.I. 193) and the agreed upon stipulated facts (D.I. 170-1), that Final Judgment is entered in favor of Ferring and against Par that Par's ANDA process meets all the limitations of claims 8, 9, 10, 11, 12, 17, and 18 of United States Patent No. 8,450,338 under 35 U.S.C. § 271;

IT IS ORDERED that, pursuant to 35 U.S.C. § 271(e)(4)(A), the Food and Drug Administration ("FDA") shall not make the effective date of any final approval of Par's ANDA

No. 205743 earlier than the date of expiration of United States Patent No. 8,450,338 and United States Patent No. 8,481,083 and any additional dates of exclusivity;

IT IS ORDERED that, pursuant to 35 U.S.C. § 271(e)(4)(B), Par and its officers, agents, servants, employees, privies, and others acting for, or on behalf of, or in concert with any of them, are enjoined from infringing claims 1, 4, 5, 6, 7, 8, 9, 10, 11, 12, 17, and 18 of United States Patent No. 8,450,338 and claims 1, 7, 8, 9, 10, and 11 of United States Patent No. 8,481,083 by the commercial manufacture, use, selling, offering to sell within the United States, or importation into the United States of Par's ANDA product prior to the expiration of United States Patent No. 8,450,338 and United States Patent No. 8,481,083 and any additional dates of exclusivity;

IT IS ORDERED that, Par and its officers, agents, servants, employees, privies, and others acting for, or on behalf of, or in concert with any of them, are enjoined from seeking, obtaining, or maintaining approval of ANDA No. 205743 until the expiration date of United States Patent No. 8,450,338 and United States Patent No. 8,481,083 and any additional dates of exclusivity.

Dated this ___ day of _____, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE